813 F.2d 1228
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Gregory R. JOHNSON, Plaintiff-Appellant,
v.
GOVERNOR OF the STATE OF MARYLAND; Secretary of the
Maryland Department of Public Safety and Correctional
Services; Former Maryland Commissioner of the Division of
Correction; Maryland Commissioner of the Division of
Correction; Maryland Deputy Commissioner of the Division of
Correction; Adjustment Hearing Officer Murray; Marvin N.
Robbins, Inmate Grievance Executive Director; Herbert Matz,
Inmate Grievance Commissioner; Donald Millard, Inmate
Grievance Commissioner; John S. Ward, Inmate Grievance
Commissioner; Division of Correction Program Services
Medical Director; Division of Correction Program Services
Health Director; Former Warden Collins; Former Warden
Dorsey; Warden Lyles; Former Assistant Warden; Former
Assistant Warden Scrupple; Assistant Warden Smith; Chief
Security Officer Carpenter; Segregation Classification
Counselor; Classification Counselor Bagley; Supervisor
Classification Counselor Rogers; PHP Administrative
Coordinator; Chesapeake Administrative Coordinator; PHP
Medical Director; Chesapeake Medical Director; Dr.
Antelman; Dr. Sharp; Ben Woods; Charles Lawson; Merrit
Johnson; M. Johnson; Mark Elsey Willard; Jerome Danoff;
Pat Gately; D. Jackson, Correctional Officer; Elsey,
Correctional Officer; Anthony Johnson, Correctional
Officer; W.H. Anderson, Correctional Officer; D. Greene,
Correctional Officer; (Sgt.) Lt. Allen, Correctional
Officer; E. Thomas, Correctional Officer; Leake,
Correctional Officer; T.H. Garmer, Correctional Officer;
Jobes, Correctional Officer; K. English, Correctional
Officer; Dyche, Correctional Officer; (Sgt.) McClean,
Correctional Officer; R. Roden, Correctional Officer;
(Sgt.) Dunn, Correctional Officer; Ethea, Correctional
Officer; B. Koromah, Correctional Officer; (Sgt.) Durhal,
Correctional Officer; Larhoe, Correctional Officer;
George, Correctional Officer; Capt. Hawkins, Correctional
Officer; Wilkens, Correctional Officer; Willis,
Correctional Officer; D.W. Townes, Correctional Officer;
D. Burrell, Correctional Officer; Ross, Correctional
Officer; Maryland State Penitentiary Training Officer;
Maryland State Penitentiary Fiscal Specialist; Maryland
State Penitentiary Supply Officers; Maryland State
Penitentiary Food Administrator; Maryland State
Penitentiary Laundry Manager; Maryland State Penitentiary
Librarian; Maryland State Penitentiary Recreation
Supervisor, and each of them are sued in their official and
individual capacity, Defendants- Appellees.
 No. 86-7668.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 21, 1987.
Decided March 4, 1987.
 
 Before HALL and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 Gregory R. Johnson, appellant pro se.
 PER CURIAM:
 
 
 1
 A review of the record and the district court's opinion discloses that this appeal from its order denying relief under 42 U.S.C. Sec. 1983 is without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. Johnson v. Governor of Maryland, C/A No. 86-2633-H (D.Md., Sept. 10, 1986).